## Olga Vileta, Appellee, v. John Vileta et al., Appellants, Edward Vileta, Appellee.

Gen. No. 46,095.

Oscar A. Knittel, William
C. Scherwat, and Robert Glenn Cook, for appellants; S. J. Be-Hennesey,
for plaintiff-appellee. Opinion by JUSTICE TUOHY. Not to be published
in full. Opinion filed November 24, 1953; rehearing denied December 15,
1953; released for publication December 15, 1953.